AO 91 (Rev. 11/11)  Criminal Complaint

> Sealed
> Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
August 21, 2023
Nathan Ochsner, Clerk of Court

United States of America
v.

CEDRICK GLOUD

*Defendant(s)*

Case No. 4:23-mj-1684

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 2, 2023** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(A)(viii) | Distribution of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, |
| 18 U.S.C. 924(c) | Possesion of a Firearm In Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Joseph Gregory, United States Magistrate Judge
*Printed name and title*

Sworn to before me and signed by telephone

Date: August 21, 2023

*Judge's signature*

City and state: Houston, Texas

Yvonne Y. Ho, United States Magistrate Judge
*Printed name and title*