United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:24-CR-339-1 |
| § | |
| CEDRICK GLOUD § | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion for Continuance, (Dkt. 72). The Court finds that the ends of justice served by granting a continuance outweigh the interest of the public, as well as the defendant, in a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161, failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. It is **ORDERED** that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. 3161. The period of excludable delay shall end at commencement of trial or disposition of charges.

**THE SCHEDULING ORDER SHALL BE AMENDED AS FOLLOWS**:

PRETRIAL CONFERENCE is set for **June 9, 2025 at 9:30 a.m.**

JURY TRIAL is set for **June 16, 2025 at 1:30 p.m.**

SIGNED at Houston, Texas on April 28, 2025.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE